Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | The Tin Cup Tavern, LLC | |
| 2. All other names debtor used in the last 8 years<br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 3 – 4 4 2 4 6 9 8 | |
| 4. Debtor's address | **Principal place of business**<br><br>3667 East I-30<br>Number    Street<br>Campbell, TX 75422<br>City            State    ZIP Code<br><br>Hunt<br>County | **Mailing address, if different from principal place of business**<br>P.O. Box 399<br>Number    Street<br>Campbell, TX 75422<br>City            State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City            State    ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor    **The Tin Cup Tavern, LLC**                                    Case number (if known) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY

If more than 2 cases, attach a separate list.
        District _____  When _____  Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.  Debtor _____  Relationship _____
List all cases. If more than 1, attach a separate list.
       District _____  When _____
                                            MM / DD / YYYY
       Case number, if known _____

Debtor   **The Tin Cup Tavern, LLC**   Case number (*if known*) _____
          Name

### 11. Why is the case filed in *this district*?

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number   Street
_____
City                     State    ZIP Code

Is the property insured?
☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

## Statistical and administrative information

### 13. Debtor's estimation of available funds?

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000
☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000

### 15. Estimated assets

☐ $0-$50,000              ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor     __The Tin Cup Tavern, LLC__          Case number *(if known)* _____
           Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/29/2025__
              MM/ DD/ YYYY

X __/s/ Jeffrey Stinson__                           __Jeffrey Stinson__
Signature of authorized representative of debtor     Printed name

Title     __Managing Member__

**18. Signature of attorney**

X __/s/ Robert T DeMarco__                          Date __08/29/2025__
Signature of attorney for debtor                          MM/ DD/ YYYY

__Robert T DeMarco__
Printed name

__DeMarco Mitchell, PLLC__
Firm name

__12770 Coit Road, Suite 850__
Number     Street

__Dallas__                              __TX__        __75251__
City                                    State         ZIP Code

__(972) 991-5591__                      __robert@demarcomitchell.com__
Contact phone                           Email address

__24014543__                            __TX__
Bar number                              State

Fill in this information to identify the case:

Debtor name: **The Tin Cup Tavern, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Julia Davis  9128 Nob Hill Drive  North Richland Hills, TX 76182 | | | Contingent  Disputed  Unliquidated | | | $1,000,000.00 |
| 2 | Donald Cheshier  2900 CR 3210  , 75408 | | | Contingent  Disputed  Unliquidated | | | $300,000.00 |
| 3 | Rich Hess  c/o Sarah Francisco  503 McBride  Celeste, TX 75423 | | | Contingent  Disputed  Unliquidated | | | $300,000.00 |
| 4 | Russell Ray  2356 FM 66, Suite 1  Waxahachie, TX 75167 | | Bookkeeping | | | | $40,000.00 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor  **The Tin Cup Tavern, LLC**  Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name: The Tin Cup Tavern, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors         12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)

☐ Amended Schedule _____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration  **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/29/2025**
MM/ DD/ YYYY

X /s/ Jeffrey Stinson
Signature of individual signing on behalf of debtor

Jeffrey Stinson
Printed name

Managing Member
Position or relationship to debtor

Official Form B202           Declaration Under Penalty of Perjury for Non-Individual Debtors

**C&R Lending**
509 East 1st Street
Prosper, TX 75078

**Cliff Singer, Trustee, Cliff Singer Trust**
c/o Conrad Properties, LLC
130 N Preston Rd
Prosper, TX 75078

**Dallas County Tax-Assessor Collector**
500 Elm Street
Dallas, TX 75202

**Donald Cheshier**
2900 CR 3210
75408

**Hunt County CAD**
PO Box 1339
Greenville, TX 75403-1339

**Internal Revenue Service**
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

**Julia Davis**
9128 Nob Hill Drive
North Richland Hills, TX 76182

**Office of the United States Trustee**
Earle Cabell Federal Building
1100 Commerce Street Room 976
Dallas, TX 75242

**Pratt & Aycock**
5910 N. Central Expressway, 920
Dallas, TX 75206

**Rich Hess**
c/o Sarah Francisco
503 McBride
Celeste, TX 75423

**Russell Ray**
2356 FM 66, Suite 1
Waxahachie, TX 75167

**Texas Attorney General's Office**
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

**Texas Comptroller of Public Account**
C/O Office of the Attorney General
Bankruptcy-Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

**Texas Comptroller of Public Accounts**
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

**United States Attorney**
Northern District of Texas
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **The Tin Cup Tavern, LLC**                                    CASE NO

                                                                      CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**08/29/2025**___    Signature _____/s/ **Jeffrey Stinson**_____
                                        Jeffrey Stinson, Managing Member

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

IN RE:                                                                                                     CHAPTER  11

**The Tin Cup Tavern, LLC**

DEBTOR(S)                                                                                                        CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Jeffrey Stinson**<br>P.O. Box 399<br>Campbell, TX 75422 | Interest | 50% | Member |
| **Margie Stinson**<br>P.O. Box 399<br>Campbell, TX 75422 | Interest | 50% | Member |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Managing Member**_____ of the _____**Nonpublic Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **08/29/2025**                                    Signature: **/s/ Jeffrey Stinson**
                                                                                             Jeffrey Stinson, Managing Member